UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: 18-13284

JANG, MOON SOOK    Chapter: 7 -- Liquidation

Judge: STACEY L. MEISEL

### NOTICE OF PROPOSED ABANDONMENT

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable STACEY L. MEISEL on 07/03/2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's property is located at<br>338 Slocum Way<br>Fort Lee, NJ 07024<br>Property has a fair market value of $775,630.00 per Zillow evaluation |
|---|---|

| Liens on property: | Mortgage is held by<br>Bank of America, Mellon Trust<br>with a balance of<br>$908,384.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Nicholas J. Delzotti

Address: PO Box, 20117, Newark, NJ 07102

Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

rev.8/1/15

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 18-13284-SLM
Moon Sook Jang                                                   Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1          Date Rcvd: May 31, 2018
                               Form ID: pdf905          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db             +Moon Sook Jang,    338 Slocum Way,    Fort Lee, NJ 07024-4631
517342212     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
517342213      Bank of New York,    c/o Pluese Becker & Saltzman LLC,    20000 Horizon Way, Ste 900,
                 Barnegat, NJ 08005-4000
517342215      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
517342216     +Chase Mortgage,    PO Box 24696,   Columbus, OH 43224-0696
517342217     +JPMorgan Chase Bank,    c/o Helfand & Helfand,    350 5th Ave. Ste 5330,
                 New York, NY 10118-5306
517342218     +Noah Bank,    2337 Lemoine Ave,    Fort Lee, NJ 07024-6211
517541342     +Springfield Diversified Partners LLC,    c/o Michael P. O'Grodnick, Esq,
                 77 North Bridge Street,    Somerville, NJ 08876-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 23:56:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 23:56:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517342214      +E-mail/Text: bankruptcy@cavps.com May 31 2018 23:56:19     Cavalry Portfolio Service,
                 500 Summit Lake Dr Ste 400,   Valhalla, NY 10595-2322
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Hyung S. Kim    on behalf of Debtor Moon Sook Jang James@hskimLaw.com, Soo@hskimlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon Trust Company et
               al... kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```